**FILED**

JUN 0 8 2005

At_____ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| DARRELL BRUCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GRIEGER'S MOTOR SALES INC., and | ) |
| CAPITAL ONE AUTO FINANCE, INC., | ) |
| | ) |
| Defendants. | ) |

**2:05CV230RL**

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1.      Plaintiff Darrell Bruce brings this action to secure redress for a course of

conduct that included the accessing of a consumer report on plaintiff without plaintiff's consent or

any lawful reason, in violation of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

### JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331 and 1337 and 15 U.S.C.

§1681p ("FCRA").

3.      Venue in this District is proper in that defendants do business in this District

and in that  the mailing that gave rise to the violations of law complained of was directed to and

received by plaintiff in this District.

### PARTIES

4.      Plaintiff Darrell Bruce is an individual who resides in the Northern District

of Illinois.

1

5.      Defendant Grieger's Motor Sales Inc. is an Indiana corporation that operates a car dealership at 1756 U. S. Highway 30, Valparaiso, IN 46383.

6.      Defendants Capital One Auto Finance, Inc. is a Texas corporation that does business in Indiana.  Its registered agent and office are Corporation Service Co., 251 East Ohio St., Suite 500, Indianapolis, IN 46204.

## FACTS

7.      In early 2005,  plaintiff Darrell Bruce received the documents  attached as Exhibit A via the United States mail.

8.      Exhibit A states: "You were selected for this offer based upon the information in your credit report that satisfies Capital One Auto Finance's criteria for creditworthiness."

9.      On information and belief, the quoted statement is true.

10.     On information and belief, defendants engaged in or arranged for the "prescreening" of consumers based on information in consumer reports held by a consumer reporting agency.

11.     Based on the results of such "prescreening," defendants sent or caused to be sent mailers in the form represented by Exhibit A to numerous consumers, including plaintiff.

12.     Exhibit A is an example of a printed form document.

13.     Exhibit A is copyrighted by Capital One Auto Finance, Inc.

14.     On information and belief, defendants Capital One Auto Finance, Inc. and Grieger's Motor Sales Inc. approved and authorized the dissemination of material in the form

represented by <u>Exhibit A</u>.

15.     The response telephone numbers and addresses on <u>Exhibit A</u> are used by defendants Capital One Auto Finance, Inc. and Grieger's Motor Sales Inc.

16.     On information and belief, defendants Capital One Auto Finance, Inc. and Grieger's Motor Sales Inc. obtained business as a result of the dissemination of mailers in the form represented by <u>Exhibit A</u>.

17.     On information and belief, more than 200 mailers in the form represented by <u>Exhibit A</u> were sent.

18.     On information and belief, defendants' "prescreening" was intended to identify persons who have poor credit or have recently obtained bankruptcy discharges, for the purpose of targeting them for subprime credit.

19.     Plaintiff Darrell Bruce had not authorized defendants  to access or use plaintiff's consumer report.

20.     Defendants had no reason to believe that plaintiff Darrell Bruce had authorized defendants or its agents to access plaintiff's consumer report or use information therein.

21.     Plaintiff Darrell Bruce did not initiate any transaction with defendants.

22.     The FCRA, 15 U.S.C. §1681a(d), defines "consumer report" as follows:

**The term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for--**

**(A) credit or insurance to be used primarily for personal, family, or**

household purposes; . . .

23.     The FCRA, 15 U.S.C. §1681a(f), defines "consumer reporting agency" as:

**[A]ny person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.**

24.     The FCRA, 15 U.S.C. §1681b, provides it is permissible to obtain or use a consumer report on a consumer only with the written consent of the consumer or for certain "permissible purposes," such as the extension of credit to, or review or collection of an account of, the consumer, employment purposes, the underwriting of insurance, or in connection with a business transaction that is initiated by the consumer, or to make a "firm offer of credit."

25.     The requester must certify to the consumer reporting agency that a permissible purpose exists.

26.     As noted, one "permissible purpose" is to extend a firm offer of credit or insurance to the consumer, even where this has not been requested by the consumer.

27.     The sending of the material in Exhibit A does not constitute a permissible reason for anyone to access plaintiff's consumer report without plaintiff's consent.

28.     The sending of Exhibit A does not qualify as a "firm offer of credit" within the meaning of the FCRA, justifying the obtention of a consumer report on a consumer, and violates the disclosure requirements of the FCRA, in that:

a.      The purported offer is vague and totally lacking in terms. It has no value beyond a solicitation for loan business, the sending of which is not a permissible purpose for

4

accessing a consumer report. <u>Cole v. U. S. Capital, Inc.</u>, 389 F.3d 719 (7th Cir. 2004).

      b.     15 U.S.C. §1681m(d) requires that a "firm offer" must contain certain disclosures in a "clear and conspicuous" manner – essentially, that the consumer has a right to prevent further invasions of privacy of like nature, and how to exercise such right. Section 1681m(d) provides:

> (d) Duties of users making written credit or insurance solicitations on the basis of information contained in consumer files
>
> > (1) In general.--Any person who uses a consumer report on any consumer in connection with any credit or insurance transaction that is not initiated by the consumer, that is provided to that person under section 1681b(c)(1)(B) of this title, shall provide with each written solicitation made to the consumer regarding the transaction a clear and conspicuous statement that--
> >
> > > (A) information contained in the consumer's consumer report was used in connection with the transaction;
> > >
> > > (B) the consumer received the offer of credit or insurance because the consumer satisfied the criteria for credit worthiness or insurability under which the consumer was selected for the offer;
> > >
> > > (C) if applicable, the credit or insurance may not be extended if, after the consumer responds to the offer, the consumer does not meet the criteria used to select the consumer for the offer or any applicable criteria bearing on credit worthiness or insurability or does not furnish any required collateral;
> > >
> > > (D) the consumer has a right to prohibit information contained in the consumer's file with any consumer reporting agency from being used in connection with any credit or insurance transaction that is not initiated by the consumer; and
> > >
> > > (E) the consumer may exercise the right referred to in subparagraph (D) by notifying a notification system established under section 1681b(e) of this title.
> >
> > (2) Disclosure of address and telephone number.--A statement under paragraph (1) shall include the address and toll-free telephone number of the appropriate notification system established under section 1681b(e) of this title.

(3) Maintaining criteria on file.--A person who makes an offer of credit or insurance to a consumer under a credit or insurance transaction described in paragraph (I) shall maintain on file the criteria used to select the consumer to receive the offer, all criteria bearing on credit worthiness or insurability, as applicable, that are the basis for determining whether or not to extend credit or insurance pursuant to the offer, and any requirement for the furnishing of collateral as a condition of the extension of credit or insurance, until the expiration of the 3-year period beginning on the date on which the offer is made to the consumer. . . .

     c.     The required statements are not clear and conspicuous as required.

They are on the reverse, without anything on the front indicating that they are on the back. A person who is <u>not</u> interested in the credit offer is not going to read the reverse of the document and find the FCRA disclosures. However, such persons are precisely those who may want to prevent their consumer report information from being accessed in order to generate more unwanted credit solicitations, i.e., who are most in need of the required disclosures.

## VIOLATION ALLEGED

29.     Defendants obtained or used, or caused to be obtained or used, the consumer report of plaintiff Darrell Bruce and every other person to whom <u>Exhibit A</u> was sent without their written permission or a "permissible purpose."

30.     Defendants violated the disclosure requirements of the FCRA.

31.     Defendants willfully violated the FCRA.

32.     The FCRA, 15 U.S.C. §1681n, provides:

**§1681n.  Civil liability for willful noncompliance**

**(a) In general.  Any person who willfully fails to comply with any requirement imposed under this title [15 USC §§1681 et seq.] with respect to any consumer is liable to that consumer in an amount equal to the sum of—**

     **(1)**

(A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $ 100 and not more than $ 1,000; or

(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $ 1,000, whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court. . . .

17.    The FCRA, 15 U.S.C. §1681p, provides:

§1681p.  Jurisdiction of courts; limitation of actions

An action to enforce any liability created under this title [15 USC §§1681 et seq.] may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within two years from the date on which the liability arises, except that where a defendants has materially and willfully misrepresented any information required under this title [15 USC §§1681 et seq.] to be disclosed to an individual and the information so misrepresented is material to the establishment of the defendants's liability to that individual under this title [15 USC §§1681 et seq.], the action may be brought at any time within two years after discovery by the individual of the misrepresentation.

## CLASS ALLEGATIONS

33.    This claim is brought on behalf of a class, consisting of (a) all persons (b) to whom defendants sent or caused to be sent material in the form represented by Exhibit A, which contains the name Grieger's Motor Sales Inc. (c) on or after a date two years prior to the filing of this action and (d) before 20 days after the filing of this action.

34.    According to Exhibit A, the consumer report of each such individual was

accessed.

35.     The class is so numerous that joinder of all members is impracticable.

36.     Exhibit A is a form document.

37.     There are questions of law and fact common to the class, which questions predominate over any questions affecting only individual class members. The predominant common question is whether obtaining a consumer report for the purpose of transmission of the material in Exhibit A violates the FCRA.

38.     Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual issues.

39.     Plaintiff will fairly and adequately represent the members of the class. Plaintiff has retained counsel experienced in the prosecution of similar claims.

40.     A class action is superior for the fair and efficient prosecution of this litigation. Classwide liability is essential to cause defendants to stop its improper conduct. Many class members may be unaware that they have been victims of illegal conduct.

WHEREFORE, plaintiff requests that the Court enter judgment in plaintiff's favor and in favor of the class for:

a.     Appropriate statutory damages;

b.     Injunctive relief against further violations;

c.     Attorney's fees, litigation expenses and costs of suit;

d.     Such other or further relief as is appropriate.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

i:\case\griegers14.568\pleading\cmplt.wpd

9

# EXHIBIT A

**CapitalOne** | auto finance℠

## *Darrell*

## *Your Pre-Approved status means you could drive home with the car or truck of your choice this weekend!*

**Act soon because this special offer is available Thursday, April 21st through Monday, April 25th**

Darrell R. Bruce
183 Laura Ln.
Hobart, IN  46342-6306

Greigers Motor Sales-Chrysler Dodge Jeep
1756 W. Hwy. 30
Valparaiso, IN  46385
219-462-4117 or 888-462-4117
(Ask for Ron Ski)

Dear Darrell Bruce,

Great news! This weekend you can walk into your neighborhood dealership, select the car or truck you want and know that you are pre-approved for auto financing of up to $25,000. Plus you won't have to put any money down!

### *Auto Financing of up to $25,000*

Darrell, for a limited time, Greigers Motor Sales-Chrysler Dodge Jeep and Capital One Auto Finance® are teaming up to bring you an exciting offer where you'll enjoy:

- **Convenience:** You are already PRE-APPROVED, so there's no need for dealer credit applications or lengthy paperwork.  Simply come to the dealership!

### *Pre-Approved Status*

- **Confidence:** We've put more than one million people in new cars.  And, since you're already pre-approved, you could be next! Just follow the simple steps below to receive your pre-approved financing amount.

- **Choice:** You will be able to choose from many popular makes and models, including new and pre-owned vehicles.

### *No Lengthy Credit Applications*

To receive your PRE-APPROVED financing amount:
1. Call 1-800-685-9508 toll free.
2. Key in your Personal Approval Code:  789267440  (when instructed).
3. Write down your pre-approved financing amount in the space provided below.
4. Bring this letter, a current phone bill and a recent pay stub* with you when you visit the dealership!

**NO MONEY DOWN!**

As soon as you have your financing amount, head to the dealership!  If you'd like, you can call the dealership at 219-462-4117 to set up an appointment.  Just be sure you have this letter with you when you go.

*It's that easy! No hassles … no headaches … and you'll have the car or truck you want!*

**Your Pre-Approved Financing Amount:**

$

Sincerely,

*Perry Freeman*

Perry Freeman
Sr. Vice President, Marketing
Capital One Auto Finance

05438-2

146601 TCorIDNMD LCorIDNMD

# DRIVE HOME IN A NEW CAR TODAY!

**BRING THESE ITEMS TO THE DEALER:**

- **This letter**
- **Current Phone Bill** (for address verification)
- **Recent Pay Stub\***
  **(Minimum monthly income of $1,500 is required.)**

**WE ALSO RECCOMEND BRINGING:**

- **Proof of Full Coverage Insurance**
- **Current Driver's License**
- **Title or Payment Book for Trade-In**

## YOU HAVE BEEN PRE-APPROVED.

# Event Participation Form

## **1** BUYER INFORMATION

| Name (First, M.I., Last) | Social Security # | Date of Birth | Home Phone Number |
|---|---|---|---|
| | – – | / / | ( ) |

| Current Street Address | City | State | ZIP |
|---|---|---|---|

| Housing Status: | Monthly Payments: | How Long at Current Address: |
|---|---|---|
| Check One ☐ own ☐ rent ☐ other | $ | (yrs) (mos) |

| Previous Address (If less than one year at current address) | City | State | ZIP | How Long at Previous Address: (yrs) (mos) |
|---|---|---|---|---|

| Employer | Work Phone Number ( ) | Monthly Income† | Length of Employment: (yrs) (mos) |
|---|---|---|---|

**CO-BUYER** Note: Please add a co-applicant only if you need to list additional income information. The addition of a co-applicant may negate the pre-approval status of this offer.

| Name (First, M.I., Last) | Social Security # | Date of Birth | Home Phone Number |
|---|---|---|---|
| | – – | / / | ( ) |

| Current Street Address | City | State | ZIP |
|---|---|---|---|

| Housing Status: | Monthly Payments: | How Long at Current Address: |
|---|---|---|
| Check One ☐ own ☐ rent ☐ other | $ | (yrs) |

| Previous Address (If less than one year at current address) | City | State | ZIP | How Long at Previous Address: (yrs) (mos) |
|---|---|---|---|---|

| Employer | Work Phone Number ( ) | Monthly Income† | Length of Employment: (yrs) (mos) |
|---|---|---|---|

## **2** PLEASE SIGN HERE

**I/We certify that the information provided is complete and accurate. I/We authorize Capital One Auto Finance to obtain a copy of my credit bureau report and to release information about its credit experience with me.**

*Buyer Signature* X _____   *Date* ____ / ____ / ____

*Co-Buyer Signature* X _____   *Date* ____ / ____ / ____

†Alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this loan.

### DEALERSHIP USE ONLY

| Contact Name | Phone Number ( ) | Dealership Name |
|---|---|---|

This offer is nontransferable. Minimum monthly income of $1,500 is required. Payment to income restrictions apply. You must be at least 18 years old. Applicants cannot be in open bankruptcy. Total amount financed must be at least $10,000. May need to trade-in current vehicle to close existing loan in order to be eligible to finance another vehicle. Applicants must have a valid street address within the United States at the time of application. APO, FPO and P.O. Boxes are not eligible for this offer. Vehicles must be owned and maintained in the United States. Offer is valid for all models (model year within last 6 years) excluding Kia, Suzuki, Oldsmobile, Mitsubishi, Daewoo and discontinued vehicle lines. Term/Mileage restrictions apply – see dealership for details. Offer not valid for motorcycles, RVs, mobile homes, commercial vehicles and boats.

\* If self employed, please provide the last two years of completed federal tax returns. If most recent pay stub is based on the first 90 days or less of employment or fiscal year, income calculation will include base pay only, excluding any overtime, bonus or commissions. A year-end paystub or W-2 may be required if you wish to prove this additional income.

All financing is provided by Capital One Bank and serviced by Capital One Auto Finance, Inc. © 2005 Capital One Services, Inc. Capital One and Capital One Auto Finance are federally registered service marks. All rights reserved.

**FAIR CREDIT REPORTING ACT NOTICE:**
You were selected for this offer based upon the information in your credit report that satisfies Capital One Auto Finance's criteria for creditworthiness. Grant of this offer, after you respond to it, is conditioned upon your satisfying the creditworthiness criteria used to select you for the offer and upon your satisfying any applicable criteria bearing on your creditworthiness, including your income, employment and any other information provided on your application. You have the right to prohibit information contained in your credit report from being used in connection with any credit or insurance transaction that is not initiated by you. You may exercise this right by contacting the credit reporting agencies' notification systems at: Experian Target Marketing, P.O. Box 919, 701 Experian Parkway B2, Allen, TX 75013. 1-888-567-8688; Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, 1-888-567-8688; Trans Union Corporation, Attn: Marketing Opt Out, P.O. Box 97328, Jackson, MS 39288-7328, 1-888-567-8688.

B063

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
CAPITAL ONE



**Capital**One® | auto finance℠

P.O. Box 269007
Plano, TX 75026-9007

Congratulations! You're **Pre-Approved** for an offer of up to $25,000 toward your next vehicle! *This Weekend.*