**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |  |
|---|---|---|
| DARRELL BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-230 JVB |
| | ) | |
| GRIEGER'S MOTOR SALES INC., and | ) | |
| CAPITAL ONE AUTO FINANCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Defendants' Report on the Distribution of Settlement Funds.

The Court is satisfied that the distribution of all settlement funds has been completed. This matter is closed.

SO ORDERED on September 10, 2007

                                                                                       s/Joseph S. Van Bokkelen
                                                                                       United States District Court Judge